**Fill in this information to identify the case**

Debtor 1 Donald L. Nailon

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN District of IL

                                                              (State)

Case number  12-39367

## Form  4100R

### Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |
| --- | --- |

Name of creditor: Select Portfolio Servicing, Inc.

Court claim no. (if known):
_____

Last 4 digits of any number you use to identify the debtor's account:  4314

Property address:  187 Westwood Drive
                   Number          Street

                   Park Forest  IL  60466
                   City                    State       Zip Code

| Part 2: | Prepetition Default Payments |
| --- | --- |

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

$ _____

| Part 3: | Postpetition Mortgage Payment |
| --- | --- |

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
                                                            MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.    Total postpetition ongoing payments due:                                (a) $3,667.83

b.    Total fees, charges, expenses, escrow, and costs outstanding:          (b) $0.00

c.    Total. Add lines a and b.                                             (c) $3,667.83

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became due on:  02/01/2018
                                                                     MM/DD/YYYY

18-014925_CJP

Debtor 1 ___Donald L. Nailon_____    Case number (if known) _12-39367_____

First Name            Middle Name         Last Name

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

x ___/s/ Todd J. Ruchman_____    Date __August 9, 2018____

Signature

Print: ____Todd J. Ruchman_____    Title __Attorneys for Creditor_____

Company ___Manley Deas Kochalski LLC_____

Address ___P.O. Box 165028_____

Number         Street

___Columbus OH  43216-5028_____

City            State       ZIP Code

Contact phone __614-220-5611_____    Email ___amps@manleydeas.com_____

18-014925_CJP

## Exhibit B: Schedule of Amounts Outstanding Post-Petition Claim

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney's fees | | (3) | $ |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Advertisement costs | | (5) | $ |
| 6. | Sheriff/auctioneer fees | | (6) | $ |
| 7. | Title costs | | (7) | $ |
| 8. | Recording fees | | (8) | $ |
| 9. | Appraisal/broker's price opinion fees | | (9) | $ |
| 10. | Property inspection fees | | (10) | $ |
| 11. | Tax advances (non-escrow) | | (11) | $ |
| 12. | Insurance advances (non-escrow) | | (12) | $ |
| 13. | Escrow shortage or deficiency (Do not include amounts that are part of any installment payment listed in Part 3.) | | (13) | $ |
| 14. | Property preservation expenses. Specify: _____ | | (14) | $ |
| 15. | 7 payments at $560.87 each. | 02/01/2018-08/01/2018 | (15) | $ 3,926.09 |
| 16. | Other. Specify: Suspense | | (16) | $ -258.26 |
| | Total postpetition fees, expenses, and charges. Add all of the amounts listed above. | | (17) | $ 3,667.83 |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Response to Notice of Final

Cure was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S.
Dearborn Street, Room 873, Chicago, IL 60604

Marilyn O. Marshall, 224 South Michigan Ste 800, Chicago, IL  60604,
courtdocs@chi13.com

Alex J. Whitt, Attorney for  Donald L. Nailon, Hiltz & Zanzig, LLC, 53 W. Jackson Suite
205, Chicago, IL  60604, awhitt@hzlawgroup.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on August  9  ,
2018:

Donald L. Nailon and Terrie Nailon, 187 Westwood Drive, Park Forest, IL  60466-1333

Donald L. Nailon and Terrie Nailon, 187 Westwood Drive, Park Forest, IL 60466

/s/ Todd J. Ruchman